**AFFIRM; and Opinion Filed May 31, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01152-CR
No. 05-12-01153-CR

**ADAM GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-73450-L, F10-63499-L**

## MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Lewis
Opinion by Justice Lewis

Adam Guerra waived a jury, pleaded guilty to violation of a protective order and possession of methamphetamine in an amount less than one gram, and pleaded true to one enhancement paragraph. *See* TEX. PENAL CODE ANN. §25.07(a) (West Supp. 2012); TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (b) (West 2010). The trial court assessed punishment at twelve years imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121152F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

ADAM GUERRA, Appellant

No. 05-12-01152-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 5 of Dallas County, Texas (Tr.Ct.No.
F10-73450-L).
Opinion delivered by Justice Lewis,
Justices FitzGerald and Murphy
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 31, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE

-3-



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

ADAM GUERRA, Appellant

No. 05-12-01153-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 5 of Dallas County, Texas (Tr.Ct.No.
F10-63499-L).
Opinion delivered by Justice Lewis,
Justices FitzGerald and Murphy
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 31, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE